# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO, <br><br> Plaintiff, <br> v. <br><br> BANC OF AMERICA FUNDING CORPORATION, ET AL., <br><br> Defendants. | ) <br> ) <br> ) Case No. 1:10-cv-7560 <br> ) <br> ) Judge Milton I. Shadur <br> ) <br> ) Magistrate Judge Susan E. Cox <br> ) <br> ) <br> ) <br> ) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT COUNTRYWIDE SECURITIES CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Countrywide Securities Corporation, by and through its undersigned counsel, states:

1. Countrywide Securities Corporation is a wholly-owned subsidiary of Bank of America Corporation, a publicly traded company. No other publicly-held entity owns more than 5% of the stock of Countrywide Securities Corporation.

Dated: November 29, 2010

                                         Respectfully submitted,

                                         /s/ Jonathan S. Quinn
                                         Jonathan S. Quinn
                                         Michael D. Richman
                                         Thomas M. Levinson
                                         REED SMITH LLP
                                         10 South Wacker Drive
                                         Chicago, Illinois 60606-7507
                                         Tel: (312) 207-1000
                                         Fax: (312) 207-6400
                                         jquinn@reedsmith.com
                                         mdrichman@reedsmith.com
                                         tlevinson@reedsmith.com

Adam S. Hakki
Daniel H.R. Laguardia
*pro hac vice applications forthcoming*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4924
Fax: (646) 848-4924
ahakki@shearman.com
dlaguardia@shearman.com

Steven D. Hibbard
*pro hac vice application forthcoming*
SHEARMAN & STERLING LLP
525 Market Street, Suite 15
San Francisco, CA 94105-2723
Tel: (415) 616-1174
Fax: (415) 616-1199
shibbard@shearman.com

*Counsel for Countrywide Securities Corporation*

104990620

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the attached FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COUNTRYWIDE SECURITIES CORPORATION was filed via the CM/ECF System, this 29th day of November, 2010, and served by email upon counsel for all parties of record, including Plaintiff's counsel set forth below.

George Galland
Robert S. Libman
MINER, BARNHILL & GALLAND, PC
14 West Erie
Chicago, IL 60654
ggalland@lawmbg.com
Tel: (312) 751-1170
Fax: (312) 751-0438

Lynn Lincoln Sarko
Derek W. Loeser
Amy Williams-Derry
Elizabeth A. Leland
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
lsarko@kellerrohrback.com
Tel: (206) 623-1900
Fax: (206) 623-3384

Gary A. Gotto
KELLER ROHRBACK P.L.E.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel: (602) 248-0088
Fax: (602) 248-2822

    /s/ Thomas M. Levinson_____
    Thomas M. Levinson
    REED SMITH LLP
    10 South Wacker Drive
    Chicago, Illinois 60606-7507
    Tel: (312) 207-1000
    Fax: (312) 207-6400
    tlevinson@reedsmith.com