# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 11/30/2010 |
| **CASE TITLE** | Federal Home Loan Bank vs. Banc of America Funding Corp. | | |

**DOCKET ENTRY TEXT**

Laura E. Vartain Horn, Timothy P. Crudo and Peter Wald are granted leave to appear pro hac vice on behalf of Sequoia Residential Funding, Inc. (61-1, 62-1, 64-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|