# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

------------------------------------------------------x
FEDERAL HOME LOAN BANK OF CHICAGO,

          Plaintiff,

   v.

BANC OF AMERICA FUNDING CORPORATION, ET AL.,

          Defendants.
------------------------------------------------------x

Case No. 1:10-cv-7560

Judge Milton I. Shadur
Magistrate Judge Susan E. Cox

## BARCLAYS DEFENDANTS' RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois, defendants Barclays Capital Inc. and Securitized Asset Backed Receivables LLC (the "Barclays Defendants") state as follows:

1. Defendant Barclays Capital Inc.'s direct parent and sole stockholder is Barclays Group US Inc. ("BGUS"), a Delaware corporation. BGUS is an indirectly wholly owned subsidiary of Barclays Bank PLC, a limited company formed in England and Wales.

2. Defendant Securitized Asset Backed Receivables LLC ("SABR") is a Delaware limited liability company. SABR is a wholly owned subsidiary of Barclays Bank PLC.

3. Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, a company formed in England and Wales. There are three entities that own 5% or more of the total voting rights attaching to issued share capital of Barclays PLC. BlackRock, Inc., a publicly traded corporation, owns 7.06%. Qatar Holding LLC, a wholly owned subsidiary of the Qatar

Investment Authority, owns 6.76%. Nexus Capital Investing Ltd. ("Nexus"), which according to a Schedule 13G filed by Nexus with the Securities and Exchange Commission on February 16, 2010, is wholly owned by Abdul Aziz Al Ketbi, owns 5.49%.

Dated: December 1, 2010

    Respectfully submitted,

*s// Daniel G. Hildebrand*
Kevin D. Finger
Daniel G. Hildebrand
GREENBERG TAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
fingerk@gtlaw.com
hildebrandd@gtlaw.com

Joseph J. Frank (admitted)
Steven J. Fink (application for admission pro hac vice forthcoming)
Matthew L. Craner (application for admission pro hac vice forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com

*Counsel for Barclays Capital Inc. and Securitized Asset Backed Receivables, LLC*

2