**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 10-cv-07560

Federal Home Loan Bank of Chicago,
  Plaintiff,
v.
Banc of America Funding Corp., et al.,
  Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

First Tennessee Bank National Association; First Horizon Asset Securities, Inc.; American Enterprise Investment Services, Inc.; Ameriprise Financial Services, Inc.; and Ameriprise Advisor Services, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Eric T. Gortner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Eric T. Gortner | |
| FIRM <br> Kirkland & Ellis LLP | |
| STREET ADDRESS <br> 300 North LaSalle Street | |
| CITY/STATE/ZIP <br> Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275017 | TELEPHONE NUMBER <br> 312.862.2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |