UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

----------------------------------------------------x
FEDERAL HOME LOAN BANK OF : No. 10-cv-7560
CHICAGO, :
 :
Plaintiff, : Judge Milton I. Shadur
v. :
 :
BANC OF AMERICA FUNDING : Magistrate Judge Susan E. Cox
CORPORATION, ET AL., :
 :
Defendants. :
----------------------------------------------------x

**AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE GOLDMAN SACHS GROUP, INC., GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP. AND GOLDMAN SACHS MORTGAGE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois, Defendants The Goldman Sachs Group, Inc. ("GS Group"), Goldman, Sachs & Co., GS Mortgage Securities Corp. and Goldman Sachs Mortgage Company, by their undersigned counsel, certify as follows:

Goldman, Sachs & Co., Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. are directly or indirectly wholly-owned subsidiaries of GS Group, which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange. Through its affiliated entities, Berkshire Hathaway Inc. ("Berkshire Hathaway") beneficially owns approximately 7.8% of the common stock of GS Group.[1] To the

---

[1] This information has been derived from the Schedule 13G filed with the Securities and Exchange Commission on February 11, 2009 by Warren E. Buffett, Berkshire Hathaway and certain of Berkshire Hathaway's affiliates. The shares owned by Berkshire Hathaway and its affiliates are deemed to be beneficially owned by Berkshire Hathaway pursuant to Rule 13d-3(d)(1) under the Securities Exchange Act of 1934 because Berkshire Hathaway has the right to acquire, within 60 days, in the aggregate, up to 43,478,260 shares of common stock of GS Group upon the exercise of warrants. The percentage is based on an aggregate of 511,243,352 shares of common stock of GS Group outstanding as of October 29, 2010.

best of GS Group's knowledge, no other publicly held corporation or entity owns 5% or more of the common stock of GS Group.

Dated: December 3, 2010          By:     /s/ Michael P. Conway
                                        Gary M. Elden
                                        Michael P. Conway
                                        Matthew M. Killen
                                        GRIPPO & ELDEN LLC
                                        111 South Wacker Drive
                                        Chicago, IL 60606
                                        Tel: (312) 704-7700
                                        Fax: (312) 558-1195
                                        gelden@grippoelden.com
                                        mconway@grippoelden.com
                                        mkillen@grippoelden.com

                                        Richard H. Klapper
                                        Theodore Edelman
                                        Harsh N. Trivedi
                                        Christopher J. Dunne
                                        Jessica P. Stokes
                                        *pro hac vice applications forthcoming*
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, NY 10004-2498
                                        Tel: (212) 558-4000
                                        Fax: (212) 558-3588
                                        klapperr@sullcrom.com
                                        edelmant@sullcrom.com
                                        trivedih@sullcrom.com
                                        dunnec@sullcrom.com
                                        stokesj@sullcrom.com

                                        *Counsel for The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Mortgage Company and GS Mortgage Securities Corp.*

1050888

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, I electronically filed the foregoing **AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE GOLDMAN SACHS GROUP, INC., GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP. AND GOLDMAN SACHS MORTGAGE COMPANY** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties, including counsel for Plaintiff below, by operation of the Court's electronic-filing system.

George Galland
Robert S. Libman
MINER, BARNHILL & GALLAND
14 West Erie St.
Chicago, IL 60654
Tel: (312) 751-1170
Fax: (312) 751-0438
ggalland@lawmbg.com
rlibman@lawmbg.com

Lynn Lincoln Sarko
Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com

/s/ Michael P. Conway
Michael P. Conway

*Counsel for The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Mortgage Company and GS Mortgage Securities Corp.*

1050888