MHN

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Federal Home Loan Bank of Chicago
v.
Banc of America Funding Corporation, et. al.

Case Number: 1:10-cv-7560

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSBC Securities (USA) Inc.

FILED
12-1-2010
DEC 01 2010   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Kelly M. Glynn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kelly M. Glynn | |
| FIRM <br> Mayer Brown LLP | |
| STREET ADDRESS <br> 1675 Broadway | |
| CITY/STATE/ZIP <br> New York, NY 10019 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286253 | TELEPHONE NUMBER <br> (212) 506-2279 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |