IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA FUNDING CORPORATION, ET AL.<br><br>Defendant. | Case No. 1:10-CV-7560<br><br>Hon. Milton I. Shadur<br><br>Magistrate Judge Susan E. Cox |

## GMAC DEFENDANTS' RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendants GMAC Mortgage Group, LLC, f/k/a GMAC Mortgage Group Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Residential Funding Mortgage Securities I, Inc., Residential Funding Securities LLC, f/k/a Residential Funding Securities Corporation and Ally Financial Inc., f/k/a GMAC Inc. (collectively, the "GMAC Defendants"), through their undersigned counsel, identify the following affiliates, parent corporations and/or publicly-held corporations that own greater than 5% of stock:

1. Defendants Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation and Residential Funding Mortgage Securities I, Inc. are each wholly-owned subsidiaries of GMAC-RFC Holding Company, LLC.

2. GMAC-RFC Holding Company, LLC is a Delaware limited liability company whose sole member is Residential Capital, LLC. Defendant GMAC Mortgage Group, LLC owns greater than a 5% interest in Residential Capital, LLC. No other entity owns greater than a 5% interest in Residential Capital, LLC.

3.      Defendant GMAC Mortgage Group, LLC, f/k/a GMAC Mortgage Group Inc., is a Delaware limited liability company whose sole member is Defendant Ally Financial, Inc. ("Ally"), a publicly traded corporation organized under the laws of the state of Delaware.

4.      Defendant Residential Funding Securities, LLC is a Delaware limited liability company whose sole member is Defendant Ally.

5.      Cerberus Affiliates, GM Finance Company Holdings LLC, GMAC Common Equity Trust I and the United States Department of Treasury each own greater than a 5% interest in Ally. No other entity owns greater than a 5% interest in Ally.

Dated: December 3, 2010                          Respectfully submitted,


                                                 /s Joseph A. Strubbe
                                                 Joseph A. Strubbe
                                                 Thomas P. Cimino, Jr.
                                                 Jeanah Park
                                                 VEDDER PRICE P.C.
                                                 222 North LaSalle Street
                                                 Chicago, Illinois 60601
                                                 Tel: (312) 609-7500
                                                 Fax: (312) 609-5005
                                                 jstrubbe@vedderprice.com
                                                 tcimino@vedderprice.com
                                                 jpark@vedderprice.com

                                                 *Counsel for Defendants GMAC Mortgage
                                                 Group, LLC, f/k/a GMAC Mortgage Group
                                                 Inc., Residential Asset Mortgage Products,
                                                 Inc., Residential Asset Securities
                                                 Corporation, Residential Funding Mortgage
                                                 Securities I, Inc., Residential Funding
                                                 Securities LLC, f/k/a Residential Funding
                                                 Securities Corporation and Ally Financial,
                                                 Inc., f/k/a GMAC Inc.*

                                                 2.