**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 10-cv-7560 |
| BANC OF AMERICA FUNDING CORP., et al., | ) ) ) | Judge Milton I. Shadur Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE
STATEMENT OF DEFENDANTS CITIGROUP INC., CITIGROUP GLOBAL
MARKETS INC., CITIGROUP FINANCIAL PRODUCTS INC., AND
<u>CITIGROUP MORTGAGE LOAN TRUST INC.</u>**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Citigroup Inc., Citigroup Global Markets Inc., Citigroup Financial Products Inc., and Citigroup Mortgage Loan Trust Inc., by undersigned counsel, certify as follows:

1.      Defendants Citigroup Global Markets Inc. and Citigroup Mortgage Loan Trust Inc. are both wholly owned by Defendant Citigroup Financial Products Inc., which is wholly owned by Citigroup Global Market Holdings Inc., which in turn is wholly owned by Defendant Citigroup Inc., a publicly-traded corporation that has no parent corporation.

2.      No publicly-held corporation holds five percent or more of the stock of Citigroup Inc.

Dated: December 3, 2010                      Respectfully submitted,

                                             _/s/  Rawn Howard Reinhard_____
                                             H. Nicholas Berberian
                                             Rawn Howard Reinhard
                                             NEAL, GERBER & EISENBERG LLP
                                             Two North LaSalle Street
                                             Chicago, Illinois 60602
                                             Tel: (312) 269-8005
                                             Fax: (312) 578-1543
                                             nberberian@ngelaw.com
                                             rreinhard@ngelaw.com

                                             *Counsel for Citigroup Inc., Citigroup
                                             Global Markets Inc., Citigroup Financial
                                             Products Inc., and Citigroup Mortgage
                                             Loan Trust Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT was served via the electronic filing system of the United States District Court for the Northern District of Illinois and, to the extent a firm was not registered thereon, by first class United States mail postage prepaid on December 3, 2010 upon the following counsel listed below:

George Galland
Robert S. Libman
MINER, BARNHILL & GALLAND, PC
14 West Erie
Chicago, IL 60654
Tel: (312) 751-1170
Fax: (312) 751-0438

Lynn Lincoln Sarko
Derek W. Loeser
Amy Williams-Derry
Elizabeth A. Leland
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Gary A. Gotto
KELLER ROHRBACK PLE
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822

*Counsel for Plaintiffs*

  /s/ Rawn Howard Reinhard_____
Rawn Howard Reinhard

NGEDOCS: 1755552.1

3