# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO, ) ) ) Plaintiff, ) ) v. ) ) BANC OF AMERICA FUNDING ) CORPORATION, ET AL., ) ) Defendants. ) ) | Case No.: 10:-cv-07560<br><br>Judge Milton I. Shadur<br>Magistrate Judge Susan E. Cox |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT OF DEFENDANTS AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES INC., AND AMERIPRISE ADVISOR SERVICES, INC. f/k/a H&R Block Financial Advisors, Inc. n/k/a AMERIPRISE FINANCIAL SERVICES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel of record for Ameriprise Financial Services, Inc., American Enterprise Investment Services Inc., and Ameriprise Advisor Services, Inc. f/k/a H&R Block Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc. states:

1.  The parent corporation of Defendants Ameriprise Financial Services, Inc., American Enterprise Investment Services, Inc., and Ameriprise Advisor Services, Inc. is AMPF Holding Corporation.  AMPF Holding Corporation has no public shareholders.

2.  The parent corporation of AMPF Holding Corporation is Ameriprise Financial, Inc.. No publicly traded company owns more than 10% of Ameriprise Financial, Inc.'s stock.

Dated: December 3, 2010                                  Respectfully submitted,

                       /s/ Eric T. Gortner
                     Eric T. Gortner
                     KIRKLAND & ELLIS LLP
                     300 North LaSalle Street
                     Chicago, Illinois 60654
                     312-862-2000/telephone
                     312-862-2200/fax
                     eric.gortner@kirkland.com

*Counsel for Ameriprise Financial Services, Inc., American Enterprise Investment Services Inc., and Ameriprise Advisor Services, Inc. f/k/a H&R Block Financial Advisors, Inc. n/k/a Ameriprise Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I, Eric T. Gortner, hereby certify that a true and correct copy of the foregoing document was filed electronically on this 3rd day of December 2010, and service made this same date via the Court's CM/ECF notification system, with copies being sent via U.S. Mail on the following:

Derek W. Loeser
Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Jonathan Hale Claydon
Seven Marc Malina
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

                                                              /s/ Eric T. Gortner
                                                                 Eric T. Gortner