**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:10-cv-7560 |

FEDERAL HOME LOAN BANK OF CHICAGO,
        Plaintiff,
v.
BANC OF AMERICA FUNDING CORPORATION, et al.
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant IndyMac MBS, Inc.

| |
|---|
| NAME (Type or print) |
| Kenneth G. Kubes |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kenneth G. Kubes |
| FIRM |
| Federal Deposit Insurance Corporation |
| STREET ADDRESS |
| 200 N. Martingale Rd., Suite 200 |
| CITY/STATE/ZIP |
| Schaumburg, IL 60173 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277825 | 847.273.0956 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐