UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO, <br><br> Plaintiff, <br><br> v. <br><br> BANC OF AMERICA FUNDING CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:10-cv-7560 <br><br> Judge Milton I. Shadur <br><br> Magistrate Judge Susan E. Cox |

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT OF DEFENDANT INDYMAC MBS, INC.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.2, IndyMac MBS, Inc. states through its counsel that (1) it is a private non-governmental party and (2) it has no corporate parents, affiliates, or subsidiaries that are publicly held.

Dated:  December 6, 2010        INDYMAC MBS, INC.

By:  /s/ Kenneth G. Kubes
       One of Its Attorneys

Kenneth G. Kubes (IL #6277825)
FEDERAL DEPOSIT INSURANCE CORPORATION
200 N. Martingale Rd., Suite 200
Schaumburg, IL 60173
Telephone:    847.273.0956
Facsimile:     847.273.0956
E-mail:         kkubes@fdic.gov

*Attorneys for Defendant IndyMac MBS, Inc.*