**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

FEDERAL HOME LOAN BANK OF CHICAGO,

        Plaintiff,

    v.

BANC OF AMERICA FUNDING CORPORATION, ET AL.,

        Defendants.

Case No. 1:10-CV-7560

Judge Milton I. Shadur

Magistrate Judge Susan E. Cox

---

## NOTIFICATION OF AFFILIATES—DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. Rule 7.1, counsel for Defendant H&R Block, Inc., states as follows:[1]

1. H&R Block, Inc., has no parent corporation.

2. T. Rowe Price Associates, Inc. is a publically traded company that owns 5% or more of stock in H&R Block, Inc.

3. No other entity owns 5% or more of stock in H&R Block, Inc.

---

[1] By filing this corporate disclosure statement, H&R Block, Inc. does not waive its right to contest personal jurisdiction or to assert any other defenses and expressly preserves all rights, claims, and defenses, including, without limitation defenses relating to jurisdiction and venue.

KCP-4076846-1

|  |  |
|---|---|
| Dated: December 6, 2010 | s/ James P. White<br>James P. White<br>HUSCH BLACKWELL LLP<br>120 S. Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>Tel:  (312) 655-1500<br>Fax.:  (312) 655-1501<br>james.white@huschblackwell.com<br><br>James. D. Griffin<br>Derek T. Teeter<br>*pro hac applications pending*<br>HUSCH BLACKWELL LLP<br>4801 Main, Suite 1000<br>Kansas City, MO 64112<br>Tel:  (816) 983-8000<br>Fax:  (816) 983-8080<br>james.griffin@huschblackwell.com<br>derek.teeter@huschblackwell.com<br><br>*Counsel for H&R Block, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTIFICATION OF AFFILIATES—DISCLOSURE STATEMENT** was filed via CM/ECF on December 6, 2010, which sent electronic notification to all parties of record.

> s/ James P. White
> James P. White
> HUSCH BLACKWELL LLP
> 120 S. Riverside Plaza, Suite 2200
> Chicago, IL 60606
> Tel:  (312) 655-1500
> Fax.:  (312) 655-1501
> james.white@huschblackwell.com
>
> *Counsel for H&R Block, Inc.*