# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 12/9/2010 |
| **CASE TITLE** | Federal Home Loan Bank vs. Banc of America | | |

**DOCKET ENTRY TEXT**

Jay Kasner and Christopher P. Malloy are granted leave to appear pro hac vice on behalf of Banc of America Funding Corp., Banc of America Securities LLC, Banc of America Corp., and Merrill Lynch, Pierce, Fenner & Smith Inc. (72-1, 116-1) Derek T. Teeter is granted leave to appear on behalf of H&R Block, Inc. (73-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|