**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 10-cv-7560 |
|---|---|

Federal Home Loan Bank of Chicago,
                Plaintiff,
v.
Banc of America Funding Corporation, et al.,
                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bank of America Corporation,
Banc of America Securities LLC,
Banc of America Funding Corporation, and
Merrill Lynch, Pierce, Fenner & Smith Incorporated, Defendants.

| NAME (Type or print) |
|---|
| Christopher P. Malloy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher P. Malloy |
| FIRM |
| Skadden, Arps, Slate, Meagher & Flom LLP |
| STREET ADDRESS |
| Four Times Square |
| CITY/STATE/ZIP |
| New York, New York 10036 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (212) 735-3000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐