# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 12/10/2010 |
| **CASE TITLE** | Federal Home Loan Bank vs. Banc of America Funding Corp. | | |

**DOCKET ENTRY TEXT**

Richard H. Klapper, Theodore Edelman, Jessica P. Stokes, Harsh N. Trivedi and Christopher J. Dunne are granted leave to appear pro hac vice on behalf of The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Mortgage Corp. (126-1, 125-1, 124-1, 123-1, 122-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|