**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO, | Case No.: 1:10-CV-07560-MIS-SEC |
| Plaintiff, | Judge: Hon. Milton I. Shadur<br>Magistrate Judge: Hon. Susan E. Cox |
| vs. | |
| BANC OF AMERICA FUNDING CORPORATION, et al., | |
| Defendants. | |

**JOINT MOTION FOR ADDITIONAL PAGES**
**FOR PLAINTIFF'S MOTION TO REMAND**
**AND DEFENDANTS' OPPOSITION TO MOTION TO REMAND**

The parties, by counsel, respectfully request that the Court enter the following order granting ten additional pages for Plaintiff's motion to remand this action to the State Court (the "Remand Motion"), which motion Plaintiff will file by December 17, 2010, and ten additional pages for Defendants' opposition to the Remand Motion, if any. In support thereof, the parties state as follows:

1.     Federal Home Loan Bank of Chicago ("Plaintiff") commenced the above-captioned action (the "Action") on October 15, 2010 with the filing of the complaint (the "complaint") in the Circuit Court of Cook County, Illinois (the "State Court").

2.     On November 23, 2010, the undersigned Defendants removed the Action to this Court, while reserving all rights and defenses. Dkt. No. 1. Defendants' removal papers consisted of 82 numbered paragraphs and 20 pages of argument.

3.     On November 30, 2010, the parties met before the Court for a status hearing. Following the hearing, the Court entered a minute order providing, *inter alia*, for Plaintiff to file its Remand Motion by December 17, 2010, and for another status hearing on December 22,

2010.  Dkt. No. 75.

4.      Pursuant to this Court's Local Rule 7.1, Plaintiff's Remand Motion and Defendants' opposition to Plaintiff's Remand Motion, if any, are each limited to 15 pages absent prior approval of the Court.

5.      The parties believe that the Court would benefit from the fuller discussion of the relevant issues that the requested page extensions would allow, especially in light of the length of Defendants' removal papers.

6.      Given the significance of the issue being briefed – whether this Court has subject matter jurisdiction – and the number of issues raised by Defendants in their removal papers, all parties believe that it is in the interest of all parties to request an extension of pages in which to brief the Remand Motion and any opposition thereto.  As a result, the parties have met and conferred, and have agreed, subject to the Court's approval, that Plaintiff will have an additional 10 pages, for a total of 25 pages, in which to brief its Remand Motion, and that Defendants will have an additional 10 pages, for a total of 25 pages, in which to brief their opposition to the Remand Motion, if any.  The requested relief is also described in the accompanying proposed Order.

7.      This motion has not been filed to cause delay or for any other improper purpose. The motion shall cause no prejudice to any party or to the Court's docket.

WHEREFORE, the parties respectfully request that the Court enter the following order:

1.      Plaintiff shall have an additional 10 pages, for a total of 25 pages, in which to brief the issues in support of its Remand Motion.

2.      Defendants shall have an additional 10 pages, for a total of 25 pages, in

which to brief the issues in its opposition, if any, to the Remand Motion.

Dated:  December 13, 2010

KELLER ROHRBACK L.L.P.


By /s/ Amy Williams-Derry

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

MINER, BARNHILL & GALLAND, PC
George Galland
ggalland@lawmbg.com
Robert S. Libman
rlibman@lawmbg.com
14 West Erie
Chicago, IL 60654
(312) 751-1170 (Fax) (312) 715-0438

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
 (602) 248-0088, Fax (602) 248-2822

*Counsel for Plaintiff Federal Home Loan
Bank of Chicago*

*/s/ Steven M. Malina*

Steven M. Malina
Jonathan H. Claydon
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 476-5133
Fax: (312) 456-8435
malinas@gtlaw.com
claydonj@gtlaw.com

James P. Rouhandeh
Daniel J. Schwartz
Anna Thea Bridge
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5581
rouhandeh@davispolk.com
daniel.schwartz@davispolk.com
anna.bridge@davispolk.com

***Counsel for Morgan Stanley, Morgan Stanley & Co. Incorporated and Morgan Stanley ABS Capital I Inc.***

*/s/ Charles F. Smith*

Charles F. Smith
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER

& FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
christopher.malloy@skadden.com
scott.musoff@skadden.com

*Counsel for Bank of America
Corporation, Banc of America Securities
LLC, Banc of America Funding
Corporation and Merrill Lynch, Pierce,
Fenner & Smith Incorporated*


*/s/ Steven T. Catlett*
_____

Steven T. Catlett
Ericka K. Foster
PAUL HASTINGS JANOFSKY &
WALKER LLP
191 No. Wacker Drive, 30th Fl.
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (312) 499-6100
stevencatlett@paulhastings.com
erickafoster@paulhastings.com

William Sullivan
Howard M. Privette
John S. Durrant
PAUL HASTINGS JANOFSKY &
WALKER LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Tel: (213) 683-6000
Fax: (213) 627-0705
williamsullivan@paulhastings.com
howardprivette@paulhastings.com
johndurrant@paulhastings.com

*Counsel for UBS Americas Inc., UBS
Securities LLC, and Mortgage Asset
Securitization Transactions, Inc.*

*/s/ Kevin D. Finger*

Kevin D. Finger
Daniel G. Hildebrand
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
fingerk@gtlaw.com
hildebrandd@gtlaw.com

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
ORRICK, HERRINGTON & SUTCLIFFE
LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com

***Counsel for Barclays Capital Inc. and
Securitized Asset Backed Receivables,
LLC***

*/s/ Nicholas Berberian*

H. Nicholas Berberian
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, Illinois 60602
Tel: (312) 269-8005
Fax: (312) 578-1543
nberberian@ngelaw.com

Brad S. Karp
Charles E. Davidow
Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
bkarp@paulweiss.com
cdavidow@paulweiss.com
sbuergel@paulweiss.com

***Counsel for Citigroup Inc., Citigroup
Global Markets Inc., Citigroup Financial
Products, Inc. and Citigroup Mortgage
Loan Trust Inc.***

*/s/ Jonathan S. Quinn*
_____

Jonathan S. Quinn
Thomas M. Levinson
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
jquinn@reedsmith.com
tlevinson@reedsmith.com

Adam S. Hakki
Daniel H.R. Laguardia
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4924
Fax: (646) 848-4924
ahakki@shearman.com
dlaguardia@shearman.com

Steven D. Hibbard
SHEARMAN & STERLING LLP
525 Market Street, Suite 15
San Francisco, CA 94105-2723
Tel: (415) 616-1174
Fax: (415) 616-1199
shibbard@shearman.com

*Counsel for Countrywide Securities Corporation*


/s/ Joseph A. Strubbe

Joseph A. Strubbe
VEDDER PRICE
222 North LaSalle Street
Chicago, IL 60601
Tel: (312) 609-7765
Fax: (312)609-5005
jstrubbe@vedderprice.com

*Counsel for GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Residential Funding Mortgage Securities I, Inc., Residential Funding Securities LLC f/k/a Residential Funding Securities Corporation and Ally Financial Inc. f/k/a GMAC Inc.*


/s/ Michael Dockterman

Michael Dockterman
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 201-2652
Fax: (312) 416-4710
dockterman@wildman.com

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue

New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com

***Counsel for Credit Suisse Securities (USA)***
***LLC f/k/a Credit Suisse First Boston LLC***


*/s/ Brian D. Sieve*

Brian D. Sieve, P.C.
Eric T. Gortner
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654-3406
Tel: (312) 862-2000
Fax: (312) 862-2200
bsieve@kirkland.com
egortner@kirkland.com

***Counsel for First Tennessee Bank***
***National Association, First Horizon Asset***
***Securities, Inc., American Enterprise***
***Investment Services, Inc., Ameriprise***
***Financial Services, Inc., and Ameriprise***
***Advisor Services, Inc. f/k/a H&R Block***
***Financial Advisors, Inc.***


*/s/ Michael P. Conway*

Michael P. Conway
Gary Elden
Matthew Buckley
GRIPPO & ELDEN, LLC
111 So. Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
mconway@grippoelden.com
gelden@grippoelden.com
mbuckley@grippoelden.com

Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
Jessica P. Stokes
 SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
trivedih@sullcrom.com
dunnec@sullcrom.com
stokesj@sullcrom.com

***Counsel for The Goldman Sachs Group
Inc., Goldman, Sachs & Co., Goldman
Sachs Mortgage Company, and GS
Mortgage Securities Corp.***


*/s/ Stephen Novack*
_____
Stephen Novack
NOVACK & MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606-1501
Tel: (312) 419-6900
Fax: (312) 419-6928
snovack@novackmacey.com

Brian P. Brooks
Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5328
Fax: (202) 383-5414
rstern@omm.com
bbrooks@omm.com

Danielle Oakley
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-7921
Fax: (949) 823-6994
doakley@omm.com

***Counsel for Sand Canyon Corporation f/k/a Option One Mortgage Corporation and Sand Canyon Acceptance Corporation f/k/a Option One Mortgage Acceptance Corp.***

*/s/ James P. White*

_____

James P. White
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
james.white@huschblackwell.com
James. D. Griffin

Derek T. Teeter
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, MO 64112
Tel:  (816) 983-8000
Fax:  (816) 983-8080
james.griffin@huschblackwell.com
derek.teeter@huschblackwell.com

***Counsel for H&R Block, Inc.***

*/s/ Daniel E. Reidy*
_____

Daniel E. Reidy
James R. Daly
Jeremy P. Cole
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
dereidy@jonesday.com
jrdaly@jonesday.com
jpcole@jonesday.com
tfumerton@jonesday.com

Jayant W. Tambe
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3604
Fax: (212) 755-7306
jtambe@jonesday.com

**Counsel for PNC Investments LLC and
The PNC Financial Services Group, Inc.**

*/s/ Barbara S. Steiner*
_____

Barbara S. Steiner
Matthew Thomas
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-2611
Fax: (312) 840-7611
bsteiner@jenner.com
mthomas@jenner.com

**Counsel for Nomura Home Equity Loan,
Inc., Nomura Securities International,
Inc., and Nomura Holding America Inc.**

*/s/ Garret Long*

Garrett Long
LATHAM & WATKINS LLP
233 So. Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
garrett.long@lw.com

Peter Wald
Timothy P. Crudo
Laura Vartain Horn
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-6064
Fax: (415) 395-8095
peter.wald@lw.com
timothy.crudo@lw.com
laura.vartain.horn@lw.com

**Counsel for Sequoia Residential Funding, Inc.**

*/s/ David J. Zott*

David J. Zott, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com

R. Alexander Pilmer
David I. Horowitz
Jay Bhimani
 KIRKLAND & ELLIS LLP
333 So. Hope Street, 29th Fl.
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500

alex.pilmer@kirkland.com
david.horowitz@kirkland.com
jay.bhimani@kirkland.com

**Counsel for RBS Holdings USA Inc. f/k/a
Greenwich Capital Holdings, Inc., RBS
Securities Inc. f/k/a Greenwich Capital
Markets, RBS Acceptance Inc. f/k/a
Greenwich Capital Acceptance, Inc. and
Financial Asset Securities Corp.**

*/s/ Philip S. Chiavello*

Philip S. Chiaviello
Senior Attorney
FEDERAL DEPOSIT INSURANCE
CORPORATION
Midwest Temporary Satellite Office
200 North Martingale Road
Schaumburg, IL 60173
Tel: (847) 273-9569
Fax: (847) 273-9569
pchiaviello@fdic.gov

Scott H. Christensen
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC 20006-2401
Tel: (202) 721-4600
Fax: (202) 721-4646
christen@hugheshubbard.com

**Counsel for IndyMac MBS, Inc.**

*/s/ Mark B. Blocker*

Mark B. Blocker
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000

Fax: (312) 853-7036
mblocker@sidley.com

A. Robert Pietrzak
Dorothy J. Spenner
Owen H. Smith
Tom A. Paskowitz
 SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
rpietrzak@sidley.com
dspenner@sidley.com
osmith@sidley.com
tpaskowitz@sidley.com

**Counsel for J.P. Morgan Acceptance**
**Corporation I and J.P. Morgan Securities**
**Inc.**


*/s/ Patricia Brown Holmes*
_____
Patricia Brown Holmes
Thomas B. Quinn
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606-6473
Tel: (312) 258-5722
Fax: (312) 258-5600
pholmes@schiffhardin.com
tquinn@schiffhardin.com


George M. Garvey
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 683-5153
george.garvey@mto.com

Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4051
Fax: (415) 644-6952
michael.mongan@mto.com

**Counsel for Wells Fargo & Company,
Wells Fargo Bank, National Association,
and Wells Fargo Asset Securities
Corporation**


*/s/ Timothy S. Bishop*

Timothy S. Bishop
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
tbishop@mayerbrown.com

Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

**Counsel for HSBC Securities (USA) Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2010, I electronically filed the foregoing JOINT MOTION FOR ADDITIONAL PAGES FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' OPPOSITION TO MOTION TO REMAND with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all attorneys of record at their email addresses on file with the Court.

Dated: December 13, 2010

s/ Amy Williams-Derry
Amy Williams-Derry