**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO,<br><br>        Plaintiff,<br><br>vs.<br><br>BANC OF AMERICA FUNDING CORPORATION, et al.,<br><br>        Defendants. | Case No.: 1:10-CV-07560-MIS-SEC<br><br>Judge: Hon. Milton I. Shadur<br>Magistrate Judge: Hon. Susan E. Cox |

**NOTICE OF MOTION**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that on December 15, 2010, at 9:15 a.m. or as soon thereafter as counsel may be heard before the Honorable Milton I. Shadur, in Courtroom 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiffs shall then and there present the parties' Joint Motion for Additional Pages for Plaintiff's Motion to Remand and Defendants' Opposition to Motion to Remand.

Dated: December 13, 2010

               KELLER ROHRBACK L.L.P.

               By /s/ Amy Williams-Derry
                Lynn Lincoln Sarko
                lsarko@kellerrohrback.com
                Derek W. Loeser
                dloeser@kellerrohrback.com
                Amy Williams-Derry
                awilliams-derry@kellerrohrback.com
                1201 Third Avenue, Suite 3200
                Seattle, Washington 98101
                (206) 623-1900, Fax (206) 623-3384

MINER, BARNHILL & GALLAND, PC
George Galland
ggalland@lawmbg.com
Robert S. Libman
rlibman@lawmbg.com
14 West Erie
Chicago, IL 60654
(312) 751-1170 (Fax) (312) 715-0438

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

***Attorneys for Plaintiff Federal Home Loan Bank of Chicago***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2010, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all attorneys of record at their email addresses on file with the Court.

Dated: December 13, 2010

s/ Amy Williams-Derry<br>Amy Williams-Derry