## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 12/13/2010 |
| **CASE TITLE** | Federal Home Loan Bank of Chicago vs. Banc of America Funding Corp. | | |

**DOCKET ENTRY TEXT**

Steven J. Fink is granted leave to appear pro hac vice on behalf of Barclays Capital Inc., and Securitized Asset Backed Receivables, LLC. (130-1) Tom Paskowitz is granted leave to file an appearance on behalf of J.P. Morgan Acceptance Corporation I and J.P. Morgan Securities, Inc. (114-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|