# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 12/15/2010 |
| **CASE TITLE** | Federal Home Loan Bank of Chicago vs. Banc of America Funding Corp., et al | | |

**DOCKET ENTRY TEXT**

R. Alexander Pilmer is granted leave to appear pro hac vice on behalf of RBS Holdings USA Inc., RBS Securities Inc., RBS Acceptance Inc., and Financial Asset Securities Corp. (140-1) Susanna M. Buergel, Charles E. Davidow and Brad S. Karp are granted leave to appear pro hac vice on behalf of Citigroup Inc., Citigroup Global Markets, Inc., Citigroup Financial Products Inc., and Citigroup Mortgage Loan Trust Inc. (132-1, 133-1, 134-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|