## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:10-cv-07560 |
| v. | ) ) | Hon. Milton I. Shadur |
| BANC OF AMERICA FUNDING CORPORATION, SAND CANYON ACCEPTANCE CORPORATION f/k/a OPTION ONE MORTGAGE ACCEPTANCE CORP., et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANT SAND CANYON ACCEPTANCE CORPORATION F/K/A OPTION ONE MORTGAGE ACCEPTANCE CORP.'S CORPORATE DISCLOSURE STATEMENT/NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Sand Canyon Acceptance Corporation f/k/a Option One Mortgage Acceptance Corp., by and through its counsel of record, hereby discloses and notifies as follows:

1.      Sand Canyon Acceptance Corporation is the current business name of the entity formerly known as Option One Mortgage Acceptance Corp.

2.      Sand Canyon Acceptance Corporation is a wholly owned subsidiary of Sand Canyon Corporation, which is a wholly owned subsidiary of OOMC Holdings LLC, which is a wholly owned subsidiary of Block Financial LLC, which is a wholly owned subsidiary of H&R Block Group, Inc., which is a wholly owned subsidiary of H&R Block, Inc., a publicly traded company. T. Rowe Price Associates, Inc. owns more than 5% of the stock of H&R Block, Inc.

Respectfully submitted,

SAND       CANYON       ACCEPTANCE
CORPORATION


By:___/s/ Monte L. Mann_____
          One of Its Attorneys

Stephen Novack
Monte L. Mann
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
snovack@novackmacey.com
mmann@novackmacey.com

Brian P. Brooks
Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
bbrooks@omm.com
rstern@omm.com
Doc# 402411

## CERTIFICATE OF SERVICE

      Monte L. Mann, an attorney, hereby certifies that, on December 21, 2010, he caused a true and correct copy of the foregoing Defendant Sand Canyon Acceptance Corporation f/k/a Option One Mortgage Acceptance Corp.'s Corporate Disclosure Statement / Notification as to Affiliates, to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                       /s/ Monte L. Mann