UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA FUNDING CORPORATION, SAND CANYON ACCEPTANCE CORPORATION f/k/a OPTION ONE MORTGAGE ACCEPTANCE CORP., et al.,<br><br>Defendants. | Case No. 1:10-cv-07560<br><br>Hon. Milton I. Shadur |

### DEFENDANT SAND CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT/NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corp., by and through its counsel of record, hereby discloses and notifies as follows:

1. Sand Canyon Corporation is the current business name of the entity formerly known as Option One Mortgage Corp.

2. Sand Canyon Corporation is a wholly owned subsidiary of OOMC Holdings LLC, which is a wholly owned subsidiary of Block Financial LLC, which is a wholly owned subsidiary of H&R Block Group, Inc., which is a wholly owned subsidiary of H&R Block, Inc., a publicly traded company. T. Rowe Price Associates, Inc. owns more than 5% of the stock of H&R Block, Inc.

                                        Respectfully submitted,

                                        SAND CANYON CORPORATION

                                        By: /s/ Monte L. Mann
                                                   One of Its Attorneys

Stephen Novack
Monte L. Mann
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
snovack@novackmacey.com
mmann@novackmacey.com

Brian P. Brooks
Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
bbrooks@omm.com
rstern@omm.com

Doc# 402412

## CERTIFICATE OF SERVICE

Monte L. Mann, an attorney, hereby certifies that, on December 21, 2010, he caused a true and correct copy of the foregoing Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation's Corporate Disclosure Statement / Notification as to Affiliates, to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Monte L. Mann