**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:    10-cv-7560

FEDERAL HOME LOAN BANK OF CHICAGO,
                    Plaintiff,

 v.

BANC OF AMERICA FUNDING CORPORATION, ET AL.,
                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, UBS Americas Inc., UBS Securities LLC, and Mortgage Asset Securitization Transactions, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Michael T. Stefanelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael T. Stefanelli | |
| FIRM <br> Paul, Hastings, Janofsky & Walker LLP | |
| STREET ADDRESS <br> 191 North Wacker Drive, 30th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6295606 | TELEPHONE NUMBER <br> (312) 499-6000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL             APPOINTED COUNSEL | |