# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Federal Home Loan Bank of Chicago

                                    Plaintiff,

v.                                                                Case No.: 1:10−cv−07560
                                                                 Honorable Milton I. Shadur

Banc of America Funding Corporation, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 22, 2010:

       MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 12/22/2010. Defendants' opposition brief is to be filed on or before January 14, 2011. Plaintiff's reply is due January 25, 2011. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.