Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 12/23/2010 |
| **CASE TITLE** | Federal Home Loan Bank vs. Banc of America Funding Corp. | | |

**DOCKET ENTRY TEXT**

William F. Sullivan, Howard M. Privette and John S. Durrant are granted leave to appear pro hac vice on behalf of defendants UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc. And UBS Americas Inc. (141-1, 142-1, 143-1) Debbie L. Miede and Frank R. Schirripa are granted leave to appear pro hac vice on behalf of defendant, IndyMac MBS, Inc. (146-1, 147-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

10C7560 Federal Home Loan Bank vs. Banc of America Funding Corp.

Page 1 of 1