# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

```
-----------------------------------------------------x
FEDERAL HOME LOAN BANK OF          :   Case No. 10-cv-07560
CHICAGO,                           :
                                   :   STIPULATION EXTENDING TIME
                  Plaintiff,       :   TO RESPOND TO COMPLAINT
         v.                        :
                                   :
BANC OF AMERICA FUNDING            :
CORPORATION, et al.,               :
                                   :
                  Defendants.      :
-----------------------------------------------------x
```

Plaintiff Federal Home Loan Bank of Chicago ("Plaintiff") and Defendants Banc of

America Funding Corporation; Banc of America Securities LLC; Bank of America Corporation;

Securitized Asset Backed Receivables, LLC; Barclays Capital Inc.; Citigroup Mortgage Loan

Trust Inc.; Citigroup Global Markets Inc.; Citigroup Financial Products, Inc.; Citigroup Inc.;

Countrywide Securities Corporation; Credit Suisse Securities (USA) LLC f/k/a Credit Suisse

First Boston LLC; First Horizon Asset Securities, Inc.; First Tennessee Bank, National

Association; Residential Asset Mortgage Products, Inc.; Residential Asset Securities

Corporation; Residential Funding Mortgage Securities I, Inc.; Residential Funding Securities

LLC f/k/a Residential Funding Securities Corporation; GMAC Mortgage Group Inc.; Ally

Financial Inc. f/k/a GMAC Inc.; GS Mortgage Securities Corp.; Goldman, Sachs & Co.;

Goldman Sachs Mortgage Company; The Goldman Sachs Group Inc.; Financial Asset Securities

Corp.; RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc.; RBS Securities Inc. f/k/a

Greenwich Capital Markets, Inc.; RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings,

Inc.; American Enterprise Investment Services, Inc.; Ameriprise Financial Services, Inc.;

Ameriprise Advisor Services, Inc. f/k/a H&R Block Financial Advisors, Inc.; H&R Block, Inc.;

Sand Canyon Corporation f/k/a Option One Mortgage Corporation; Sand Canyon Acceptance Corporation f/k/a Option One Mortgage Acceptance Corp.; HSBC Securities (USA) Inc.; IndyMac MBS, Inc.; J.P. Morgan Acceptance Corporation I; J.P. Mortgage Securities Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley ABS Capital I Inc.; Morgan Stanley & Co. Incorporated; Morgan Stanley; PNC Investments LLC; The PNC Financial Services Group, Inc.; Nomura Home Equity Loan, Inc.; Nomura Securities International, Inc.; Nomura Holding America Inc.; Sequoia Residential Funding, Inc.; Mortgage Asset Securitization Transactions, Inc.; UBS Securities LLC; UBS Americas Inc; Wells Fargo Asset Securities Corporation; Wells Fargo Bank, National Association; and Wells Fargo & Company (collectively, "Defendants") state as follows:

As stated in open court at the hearing that was held in this action on December 22, 2010, the parties STIPULATE AND AGREE, subject to Court approval, that:

1.     Defendants' time to answer or otherwise respond to the Complaint shall be stayed pending the Court's adjudication of Plaintiff's motion to remand this action to state court.

2.     Following the entry of an order by this Court disposing of Plaintiff's motion to remand, the parties shall promptly meet and confer and attempt to agree on a schedule for Defendants to answer or otherwise respond to the Complaint, and shall submit a stipulation and proposed order to the Court setting forth that schedule.

3.     Neither Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement and submission of this stipulation shall not waive, and the parties expressly preserve, all rights, claims and defenses, including, without limitation, all defenses relating to jurisdiction, venue and arbitrability.

Respectfully submitted,

DATED: December 30, 2010

*s// Daniel G. Hildebrand*
Daniel G. Hildebrand
Matthew Scott Gray
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-
Fax: (312) 456-8435
hildebrandd@gtlaw.com
graym@gtlaw.com

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
*Admitted pro hac vice*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5100
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com

*Counsel for Barclays Capital Inc. and Securitized
Asset Backed Receivables, LLC*

DATED: December 30, 2010

_s// Charles F. Smith, Jr._
Charles F. Smith, Jr.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
cfsmith@skadden.com

Jay B. Kasner
Christopher P. Malloy
_Admitted pro hac vice_
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
christopher.malloy@skadden.com

_Counsel for Bank of America Corporation, Banc of
America Securities LLC, Banc of America Funding
Corporation, and Merrill, Lynch, Pierce, Fenner
& Smith Incorporated_

DATED: December 30, 2010

*s// H. Nicholas Berberian*
H. Nicholas Berberian
Rawn Howard Reinhard
NEAL, GERBER & EISENBERG
2 North LaSalle Street, Suite 1700
Chicago, IL 60602
Tel: (312) 269-8000
Fax: (312) 269-1747
nberberian@ngelaw.com
rreinhard@ngelaw.com

Brad S. Karp
Susanna Buergel
*Admitted pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0377
bkarp@paulweiss.com
sbuergel@paulweiss.com

Charles E. Davidow
*Admitted pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 223-7300
Fax: (212) 492-7420
cdavidow@paulweiss.com

*Counsel for Citigroup Inc., Citigroup Global
Markets Inc., Citigroup Financial Products, Inc.
and Citigroup Mortgage Loan Trust Inc.*

DATED: December 30, 2010

*s// Jonathan Quinn*
Jonathan Quinn
Michael David Richman
Thomas M. Levinson
REED SMITH
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
jquinn@reedsmith.com
mdrichman@reedsmith.com
tlevinson@reedsmith.com

Adam S. Hakki
Daniel Laguardia
*Admitted pro hac vice*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179
ahakki@shearman.com
dlaguardia@shearman.com

*Counsel for Countrywide Securities Corporation*

DATED: December 30, 2010

*s// Michael Dockterman*
Michael Dockterman
John A. Luburic
William R. Lee
WILDMAN, HARROLD, ALLEN & DIXON
LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 201-2000
Fax: (312) 201-2555
dockterman@wildman.com
luburic@wildman.com
wlee@wildman.com

Richard W. Clary
Michael T. Reynolds
*Admitted pro hac vice*
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com
mbloom@cravath.com

*Counsel for Credit Suisse Securities (USA) LLC
f/k/a Credit Suisse First Boston LLC*

DATED: December 30, 2010

*s// Brian Douglas Sieve*
Brian Douglas Sieve
Eric Tomas Gortner
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
bsieve@kirkland.com
egortner@kirkland.com

*Counsel for First Tennessee Bank, National
Association and First Horizon Asset Securities,
Inc.*

DATED: December 30, 2010

*s// Joseph A. Strubbe*
Joseph A. Strubbe
Thomas P. Cimino, Jr.
Jeanah Park
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
jstrubbe@vedderprice.com
tcimino@vedderprice.com
jpark@vedderprice.com

*Counsel for GMAC Mortgage Group LLC f/k/a
GMAC Mortgage Group Inc., Residential Asset
Mortgage Products, Inc., Residential Asset
Securities Corporation, Residential Funding
Mortgage Securities I, Inc., Residential Funding
Securities LLC f/k/a Residential Funding
Securities Corporation and Ally Financial Inc.
f/k/a GMAC Inc.*

DATED: December 30, 2010

*s// Michael P. Conway*
Michael P. Conway
Gary M. Elden
Matthew M. Killen
GRIPPO & ELDEN, LLC
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
mconway@grippoelden.com
gelden@grippoelden.com
mkillen@grippoelden.com

Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
Jessica P. Stokes
*Admitted pro hac vice*
SULLIVAN & CROMWELL LLP
125 Broad St.
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
trivedih@sullcrom.com
stokesj@sullcrom.com
dunnec@sullcrom.com

*Counsel for The Goldman Sachs Group Inc., Goldman, Sachs & Co., Goldman Sachs Mortgage Company, and GS Mortgage Securities Corp.*

DATED: December 30, 2010

*s// David J. Zott*
David J. Zott
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com

R. Alexander Pilmer
David I. Horowitz
Jay Bhimani
*Admitted pro hac vice*
KIRKLAND & ELLIS LLP
333 So. Hope Street, 29th Fl.
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
alex.pilmer@kirkland.com
david.horowitz@kirkland.com
jay.bhimani@kirkland.com

*Counsel for RBS Holdings USA Inc. f/k/a*
*Greenwich Capital Holdings, Inc., RBS Securities*
*Inc. f/k/a Greenwich Capital Markets, RBS*
*Acceptance Inc. f/k/a Greenwich Capital*
*Acceptance, Inc., Inc., and Financial Asset*
*Securities Corp.*

DATED: December 30, 2010

*s// James P. White*
James P. White
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Chicago, IL 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
james.white@huschblackwell.com

James D. Griffin
Derek T. Teeter
*Admitted pro hac vice*
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
Fax: (816) 983-8080
james.griffin@huschblackwell.com
Derek.teeter@huschblackwell.com

*Counsel for American Enterprise Investment Services, Inc., Ameriprise Financial Services, Inc., Ameriprise Advisor Services, Inc. f/k/a H&R Block Financial Advisors, Inc. and H&R Block, Inc.*

DATED: December 30, 2010

*s// Stephen Novack*
Stephen Novack
Monte L. Mann
NOVACK AND MACEY, LLP
100 North Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
sn@novackandmacey.com
mmann@novackandmacey.com

*Counsel for Sand Canyon Corporation f/k/a Option One Mortgage Corporation and Sand Canyon Acceptance Corporation f/k/a Option One Mortgage Acceptance Corp.*

DATED: December 30, 2010

*s// Timothy S. Bishop*
Timothy S. Bishop
Catherine A. Bernard
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
tbishop@mayerbrown.com
cbernard@mayerbrown.com

Richard A. Spehr
Michael O. Ware
Kelly M. Glynn
*Admitted pro hac vice*
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com
kglynn@mayerbrown.com

*Counsel for HSBC Securities (USA) Inc.*

DATED: December 30, 2010

_s// Philip S. Chiaviello_
Philip S. Chiaviello
CONWAY & CHIAVIELLO, LTD.
77 West Washington
Chicago, IL 60602
Tel: (312) 782-3553
Fax: (312) 782-3552
pchiaviello@fdic.gov

Kenneth G. Kubes
FEDERAL DEPOSIT INSURANCE
CORPORATION, LEGAL DIVISION,
LITIGATION & RESOLUTIONS
200 N. Martingale Road, Suite 200
Schaumburg, IL 60173
Tel: (847) 273-0956
Fax: (847) 273-0956
kkubes@fdic.gov

Scott H. Christensen
_Admitted pro hac vice_
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 721-4600
Fax: (202) 721-4646
christen@hugheshubbard.com

_Counsel for IndyMac MBS, Inc._

DATED: December 30, 2010

*s// Mark B. Blocker*
Mark B. Blocker
Thomas R. Heisler
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
mblocker@sidley.com
theisler@sidley.com

A. Robert Pietrzak
Dorothy J. Spenner
Owen H. Smith
Tom A. Paskowitz
*Admitted pro hac vice*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
rpietrzak@sidley.com
dspenner@sidley.com
osmith@sidley.com
tpaskowitz@sidley.com

*Counsel for J.P. Morgan Acceptance Corporation
I and J.P. Morgan Securities Inc.*

DATED: December 30, 2010

*s// Steven M. Malina*
Steven M. Malina
Jonathan H. Claydon
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
malinas@gtlaw.com
claydonj@gtlaw.com

James P. Rouhandeh
Daniel J. Schwartz
Anna Thea Bridge
*Admitted pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5581
rouhandeh@davispolk.com
daniel.schwartz@davispolk.com
anna.bridge@davispolk.com

*Counsel for Morgan Stanley, Morgan Stanley & Co. Incorporated and Morgan Stanley ABS Capital I Inc.*

DATED: December 30, 2010

*s// Daniel E. Reidy*
Daniel E. Reidy
James R. Daly
Jeremy P. Cole
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
dereidy@jonesday.com
jrdaly@jonesday.com
drcole@jonesday.com
tfumerton@jonesday.com

*Counsel for PNC Investments LLC and The PNC Financial Services Group, Inc.*

DATED: December 30, 2010                *s// Barbara S. Steiner*
                                        Barbara S. Steiner
                                        Matthew J. Thomas
                                        Sofia E. Biller
                                        JENNER & BLOCK LLP
                                        353 N. Clark Street
                                        Chicago, IL 60654-3456
                                        Tel: (312) 222-9350
                                        Fax: (312) 527-0484
                                        bsteiner@jenner.com
                                        mthomas@jenner.com
                                        sbiller@jenner.com

                                        *Counsel for Nomura Home Equity Loan, Inc.,*
                                        *Nomura Securities International, Inc., and*
                                        *Nomura Holding America Inc.*

DATED: December 30, 2010                *s// Sean M. Berkowitz*
                                        Sean M. Berkowitz
                                        Garrett S. Long
                                        LATHAM & WATKINS LLP
                                        233 So. Wacker Drive, Suite 5800
                                        Chicago, IL 60606
                                        Tel: (312) 876-7700
                                        Fax: (312) 993-9767
                                        sean.berkowitz@lw.com
                                        garrett.long@lw.com

                                        Peter Wald
                                        Timothy P. Crudo
                                        Laura Vartain Horn
                                        *Admitted pro hac vice*
                                        LATHAM & WATKINS LLP
                                        505 Montgomery St., Suite 2000
                                        San Francisco, CA 94111-6538
                                        Tel: (415) 395-6064
                                        Fax: (415) 395-8095
                                        peter.wald@lw.com
                                        timothy.crudo@lw.com
                                        laura.vartain.horn@lw.com

                                        *Counsel for Sequoia Residential Funding, Inc.*

DATED: December 30, 2010

*s// Steven T. Catlett*
Steven T. Catlett
Ericka K. Foster
Michael T. Stefanelli
PAUL HASTINGS JANOFSKY & WALKER LLP
191 No. Wacker Drive, 30th Fl.
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (312) 499-6100
stevencatlett@paulhastings.com
erickafoster@paulhastings.com
micahelstefanelli@paulhastings.com

William Sullivan
Howard M. Privette
John S. Durrant
*Pro hac vice applications pending*
PAUL HASTINGS JANOFSKY & WALKER LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Tel: (213) 683-6000
Fax: (213) 627-0705
williamsullivan@paulhastings.com
howardprivette@paulhastings.com
johndurrant@paulhastings.com

*Counsel for UBS Americas Inc., UBS Securities LLC, and Mortgage Asset Securitization Transactions, Inc.*

DATED: December 30, 2010

*s// Thomas B. Quinn*
Thomas B. Quinn
Patricia B. Holmes
David C. Scott
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
tquinn@schiffhardin.com
pholmes@schiffhardin.com
dscott@schiffhardin.com

George M. Garvey
*Admitted pro hac vice*
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 683-5153
george.garvey@mto.com

Michael J. Mongan
*Admitted pro hac vice*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Fax: (415) 644-6952
michael.mongan@mto.com

*Counsel for Wells Fargo & Company, Wells Fargo Bank, National Association, and Wells Fargo Asset Securities Corporation*

DATED: December 30, 2010         *s// Gary A. Gotto*
George F. Galland, Jr.
Rober S. Libman
MINER BARNHILL & GALLAND
14 West Erie Street
Chicago, IL 60610
Tel: (312) 751-1170
Fax: (312) 751-0438
ggalland@lawmbg.com
rlibman@lawmbg.com

Lynn Lincoln Sarko
Derek W. Loeser
Amy Williams-Derry (*admitted pro hac vice*)
Elizabeth A. Leland
KELLER ROHRBACK LLP
1202 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
awilliams-derry@kellerrohrback.com
bleland@kellerrohrback.com

Gary A. Gotto
*Admitted pro hac vice*
KELLER ROHRBACK LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
ggotto@kellerrohrback.com

*Counsel for Plaintiff Federal Home Loan Bank of Chicago*