# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 1/6/2011 |
| **CASE TITLE** | Federal Home Loan Bank of Chicago vs. Banc of America Funding Corp. | | |

**DOCKET ENTRY TEXT**

Charles J. Ha is granted leave to appear pro hac vice on behalf of defendant, Barclays Capital Inc. (157-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|