**Appendix A**

| Bankruptcy Removal Defendant (s) | Offering | Bankrupt Originator/Seller | Face Amount |
|---|---|---|---|
| Barclays Capital Inc.<br><br>Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC<br><br>RBS Securities Inc., (f/k/a Greenwich Capital Markets, Inc.)<br><br>UBS Securities LLC<br><br>UBS Americas Inc. | FHLT 2005-E 2A3 | Fremont Investment & Loan | $25,000,000 |
| Barclays Capital Inc.<br><br>Securitized Asset Backed Receivables, LLC | SABR 2006-FR3 A2 | Fremont Investment & Loan | $30,000,000 |
| Mortgage Asset Securitization Transactions, Inc.<br><br>UBS Securities LLC<br><br>UBS Americas Inc. | MABS 2006-NCI A3 | New Century Mortgage Corp. | $19,650,000 |
| Citigroup Mortgage Loan Trust Inc.<br><br>Citigroup Global Markets Inc. | CMLTI 2006-NC1 | New Century Mortgage Corp. | $20,000,000 |
| Citigroup Mortgage Loan Trust Inc.<br><br>Citigroup Global Markets Inc. | CMLTI 2006-NC2 | New Century Mortgage Corp. | $60,000,000 |

| Bankruptcy Removal Defendant (s) | Offering | Bankrupt Originator/Seller | Face Amount |
|---|---|---|---|
| Goldman, Sachs & Co.<br><br>Goldman Sachs Mortgage Company<br><br>GS Mortgage Securities Corp.<br><br>The Goldman Sachs Group Inc. | GSAMP 2006-NC2 | New Century Mortgage Corp. | $36,900,000 |
| Barclays Capital Inc.<br><br>Securitized Asset Backed Receivables, LLC | SABR 2006-NC3 A2B | NC Capital Corporation | $8,000,000 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | CBASS 2006-CB4 AV3 | Credit-Based Asset Servicing and Securitization LLC | $20,000,000 |
| | | | **Total: $219,550,000** |