# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7560 | **DATE** | 1/18/2011 |
| **CASE TITLE** | Federal Home Loan Bank of Chicago vs. Banc of America Funding Corp., et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. In sum, the 28 U.S.C. 1447( c) test - - framed in terms of whether "it appears that the district court lacks subject matter jurisdiction" - - portrays the situation here accurately, an affirmative answer to that inquiry is called for. That being the case, the same statutory section mandates a nonreviewable remand. And to enable this litigants to resume an interrupted addressing of the merits, it is further ordered that the certified copy of the order of remand be transmitted to the Circuit Court of Cook County forthwith.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|